BOROUGH OF MERCHANTVILLE, PLAINTIFF-RESPONDENT, v. LELIA DAVIS AND JOHN DAVIS, DEFENDANTS-PETITIONERS.

*Mr. Joseph Lodge* for petitioners.

*Mr. William Scatchard, Jr.* for respondent.

October 19, 1965.   Denied.

DEWEY YOUNGER, PETITIONER-RESPONDENT-CROSS-PETITIONER, v. FEDERAL BRONZE PRODUCTS, *ET. AL.*, RESPONDENT-PETITIONER, AND BENJAMIN HIRSCH, CO., RESPONDENT-CROSS-RESPONDENT.

*Mr. Isidor Kalisch* for respondent-petitioner.

*Mr. Sam Freeman* and *Mr. Samuel E. Bass* for cross-petitioner.

*Messrs. Schreiber, Lancaster, Demos & Conway* for cross-respondent.

October 19, 1965.   Denied.